United States District Court
Southern District of Texas
**ENTERED**
August 28, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RODERICK BROOKS, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-01915 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TXU ENERGY RETAIL | § | |
| COMPANY LLC, *ET AL*, | § | |
| Defendants. | § | |

## ORDER

Plaintiff Roderick Brooks has provided notice of settlement of the claims against all Defendants. Dkt 31.

All claims by Plaintiff against Defendants are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendants if approval of documentation or condition precedent fails.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on August 27, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge